# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **SONYA BROWN** | **CASE NO. 6:23-CV-00855** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **CITY OF PATTERSON, ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## MINUTES AND ORDER SETTING TRIAL

A telephone scheduling conference was held on January 26, 2024, starting at 2:00 p.m. and ending at 2:05 p.m.[1] Participating in the conference, along with the undersigned Magistrate Judge, were David Lanser on behalf of Plaintiff, Bryce Addison on behalf of the City of Patterson, and Joseph Bearden, III, on behalf of Employers Mutual Casualty, Co.

Following discussion, the parties agreed as to the following selected trial and pretrial conference dates. Accordingly,

IT IS ORDERED that a jury trial is SET for February 3, 2025, before Judge Joseph in Lafayette. The pretrial conference is SET for January 15, 2025, at 1:30 p.m. in chambers with Judge Joseph.

---

[1] Statistical time: 5 minutes.

IT IS FURTHER ORDERED that the Clerk of Court shall issue a scheduling order.

Signed at Lafayette, Louisiana, this 26th day of January, 2024.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE