## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SONYA BROWN** | \* | **CIVIL ACTION NO.: 6:23-cv-00855** |
| | \* | |
| **VERSUS** | \* | **JUDGE: DAVID C. JOSEPH** |
| | \* | |
| **CITY OF PATTERSON, EMC INSURANCE,** | \* | **MAGISTRATE: CAROL B.** |
| **COMPANIES, DOE DEFENDANTS 1-10,** | \* | **WHITEHURST** |
| **AND ABC INSURANCE COMPANIES** | \* | |
| | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### EX PARTE CONSENT MOTION TO EXTEND BRIEFING DEADLINES AND TO RESET ORAL ARGUMENT IN RE: THE MOTION FOR PARTIAL SUMMARY JUDGMENT (R. 15) FILED BY EMPLOYERS MUTUAL CASUALTY COMPANY

NOW INTO COURT, comes defendant City of Patterson ("Patterson"), through undersigned counsel, which respectfully requests, with the consent of all parties, an extension of twenty-one (21) days to respond to the Motion for Partial Summary Judgment (R. 15) filed by the co-defendant, Employers Mutual Casualty Company ("EMC"), and an accompanying Order re-setting EMC's motion for oral argument. Patterson respectfully submits that the brief extension is warranted and furthers the interest of justice in this matter for the reasons more detailed in the accompanying memorandum in support. This is the only occasion on which Patterson has requested a delay, extension, or continuance of any matter before the court. Further, undersigned certifies that this motion, memorandum, and proposed order were circulated and consented to by all counsel of record.

**WHEREFORE,** the City of Patterson prays that the Court grant its request for a brief extension to respond to the Motion for Partial Summary Judgment (R. 15) filed by the co-defendant, Employers Mutual Casualty Company ("EMC"), and an accompanying Order re-setting EMC's motion for oral argument, as consented to by all parties in the interest of justice.

| **CERTIFICATE OF SERVICE** | Respectfully Submitted: |
|---|---|
| I hereby certify that I have served a copy of the foregoing upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, email, or other electronic transmission this the 26 March 2024.<br><br>     _/s/ Bryce M. Addison_____ | **DEUTSCH KERRIGAN, LLP**<br><br>BY: ____/s/ Bryce M. Addison_____<br>**SEAN P. MOUNT, #27584**<br>**smount@deutschkerrigan.com**<br>**BRYCE M. ADDISON, #36345**<br>**baddison@deutschkerrigan.com**<br>**TALBOT M. QUINN, #36632**<br>**tquinn@deutschkerrigan.com**<br>755 Magazine Street<br>New Orleans, LA 70130<br>Telephone: 504-581-5141<br>Attorneys for defendant, City of Patterson |